IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DAVID QUACH,<br><br>                Plaintiff,<br><br>    v.<br><br>S. HUBBARD, et al.,<br><br>                Defendants. | No. 2:08-cv-00664 JAM-GGH<br><br>**ORDER GRANTING THIRTY-DAY EXTENSION TO FILE DEFENDANTS' RESPONSIVE PLEADING TO THE COMPLAINT** |

    Defendants Hubbard, Mandeville, Thumser, Edwards, Appleberry, Sweigert, and Pulsipher move this Court ex parte, under Local Rule 6-144(c), for a thirty-day extension to file their responsive pleading to the Complaint.  Good cause appearing,

    IT IS ORDERED that Defendants' application is granted.  Defendants shall file their responsive pleading(s) by November 3, 2008.

    IT IS SO ORDERED.

Dated: 10/06/08                /s/ Gregory G. Hollows
                                      UNITED STATES MAGISTRATE JUDGE

quac0664.eot